UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATRELL GILLETT, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>ZARA USA, INC. and INDITEX USA LLC,<br><br>Defendants. | 20 Civ. 3734 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a telephonic conference on June 24, 2021, at 4:30 p.m. to address the pending motion for reconsideration and to discuss arguments raised in Defendants' briefing including, in particular, the applicability *vel non* of *Whiteside* v. *Hover-Davis, Inc.*, 995 F.3d 315 (2d Cir. 2021), at the motion for conditional class certification stage. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available before 4:30 p.m.

SO ORDERED.

Dated: June 18, 2021
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge