UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATRELL GILLETT, *individually and on behalf of others similarly situated*,

                      Plaintiff,

-v.-

ZARA USA, INC. and INDITEX USA LLC,

                      Defendants.

20 Civ. 3734 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record on June 24, 2021, Defendants' motion for reconsideration is DENIED. Plaintiff shall file an amended complaint on or by July 9, 2021. Defendants shall inform the Court of their intent to answer or otherwise respond to the amended complaint on or by July 23, 2021.

    Defendants' request to stay distribution of notice to the opt-in class — to which request Plaintiff consented on the record on June 24, 2021 — is GRANTED and the distribution of notice to the opt-in class is hereby STAYED pending further order of the Court. Additionally, upon consent of the parties as articulated on the record on June 24, 2021, the statute of limitations for the putative collective action is tolled pending resolution of Defendants' anticipated motion to dismiss or upon further order of the Court.

    The Clerk of Court is directed to terminate the motion pending at docket entry 39.

SO ORDERED.

Dated: June 24, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge