

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

September 3, 2021

<u>**VIA ECF**</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007



**Re:**     *Gillett, et al. v. Zara USA, Inc., et al.*; Case No. 1:20-cv-3734-KPF

Dear Judge Failla,

We are counsel for Defendants Zara USA, Inc. and Inditex USA LLC, (collectively "Defendants") in the above-referenced action. We write to respectfully request a one-week extension of Defendants' time to file their motion to dismiss Plaintiff's amended complaint from September 6, 2021 (Labor Day) through and including September 13, 2021 (*see* Dkt. 51).  In kind, we request that Plaintiff's time to file his opposition be extended from October 6, 2021 through and including October 13, 2021 and Defendants' time to file their reply be extended from October 20, 2021 through and including October 27, 2021.  We have tried to reach Plaintiff's counsel to obtain their consent but they were unavailable.  This is Defendants' first request for an extension of time.

We appreciate Your Honor's consideration of Defendants' request.

Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam

Cc:     All Counsel of Record (Via ECF)

Application GRANTED.  The briefing schedule for Defendants' motion to dismiss shall be extended as follows:

    Defendants' opening brief shall be due by **September 13, 2021;**
    Plaintiffs' opposition papers shall be due by **October 13, 2021;**
    Defendants' reply brief shall be due by **October 27, 2021.**

Date:    September 3, 2021　　　　SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE