

Matthew P. Rocco
mrocco@rothmanrocco.com

November 29, 2021

**Via Electronic Filing**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
   Southern District of New York
40 Foley Square, Courtroom 615
New York, New York 10007

<div style="border:2px solid black; text-align:center; font-weight:bold;">MEMO ENDORSED</div>

     Re:    **Gillet v. Zara USA, Inc, et al.**
             **CV# 20-3734 (KPF)**

Dear Judge Failla:

       This firm represents Local 1102 RWDSU UFCW ("Union"). We write to respectfully request a three (3) day extension from November 30, 2021 until December 3, 2021 for the Union to submit its amicus brief in this matter. (*See* Docket No. 61).

       The reason for this request on short notice is that there has been a death in the undersigned's family. This is the first request for an adjournment of this filing deadline.

       Counsel for Plaintiff and Defendant both consent to this request. If granted, Plaintiff Gillet's response to the Union's amicus brief would be December 17, 2021 rather than December 14, 2021. We thank the Court for its consideration of this request.

       Respectfully submitted,

Matthew Rocco

Application GRANTED.  The Court sends its condolences to Mr. Rocco
and his family.

The Clerk of Court is directed to terminate the pending motion at
docket entry 64.

Date:      November 30, 2021          SO ORDERED.
           New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE