UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATRELL GILLETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> ZARA USA, INC., and INDITEX USA LLC, <br><br> Defendants. | Case No.: 20-cv-3734 (KPF) |

## RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Zara USA, Inc., and Inditex USA LLC ("Defendants"), offered to allow the Plaintiffs listed in the attached **Exhibit A** to take judgments against them, exclusive of costs and attorney's fees[1] with respect to Plaintiff's federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 29, 2023 and on December 14, 2023, Plaintiffs' attorney confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment as Docket Number 115. It is ORDERED and ADJUDGED, that judgment is entered in favor of the below Plaintiffs in the corresponding sums listed besides each Plaintiff in the attached **Exhibit A** in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 29, 2023.

---

[1] Plaintiffs will move for an award of Attorney's Fees and Cost according to a Court ordered briefing schedule.

Plaintiffs shall file their opening brief seeking an award of attorney's fees and costs on or before **February 1, 2024.**  Defendants shall file their opposition, if any, on or before **March 1, 2024.**  Plaintiffs shall file their reply, if any, on or before **March 15, 2024.**


Dated:     December 18, 2023
           New York, New York

**KATHERINE POLK FAILLA**
**United States District Court Judge**

# EXHIBIT A

Ivana Pazmino Arellano - $38.55

Jordan Rojas Acosta - $854.62

Julissa Solano Acosta - $1.96

Farhana Akter - $19.50

Hemlys Y. Alcantara - $25.86

Asma M. Aljundi - $151.11

Yesenia Alvarado Rodriguez - $62.03

Evan A. Amaya - $88.92

Ieshia A. Andrade - $592.43

Franciene Aposaga - $10.06

Paula Avila - $209.40

Daniel Blake - $874.25

Ayonna Blandford - $86.28

Jesus E. Mendez Canela - $6.38

Arelys Pedroso Martinez - $58.20

Erika Cedano - $21.38

Dwayne Cloud - $407.92

Nasia D. Cortes - $52.52

Deondre D De Freitas - $66.18

Brandon R. Delgado - $1,564.70

Norgea L. Douglas - $79.73

Pedro Bandes-Duran - $7.80

Francisco Estevez - $10.61

Soledad E Gastelo - $6.91

Raisa Barreiro Gonzalez - $25.86

Savonna Hereford-Heyward - $31.33

Irma Hernandez - $40.78

Carlesha Herndon - $62.08

Janea Hicks - $1,107.80

Raquel R Hines - $94.16

Reniece C Jennings - $213.80

Sarah A. Lashus - $226.47

Alfredo Lozano Jr - $15.55

Jairo Luna - $61.31

Vincent Maldonado - $167.28

Devion T. Moore - $50.94

Helen Ng - $49.11

Ayub A. Noor - $448.22

Leslie Pavon - $38.36.

Kathy Phan - $442.52

Ramon P. Suarez - $176.37

Cannegia Rodney - $76.63

Bridgett M. Sanders - $221.20

Nicole A. Sandiford - 83.50

Luisanny M. Diaz Santana - $65.52

Christopher J. Serrapica - $15.70

Chancellor D. Slofer - $41.16

Naaliah Somme - $24.22

Kenny T. Suazo Almonte - $29.67

Patrick D. Sumner - $442.07

Alex L. Swinton - $469.87

Dinindu N. Warnakulasuriya - $6.96

Andrew J. Winant - $10.51

Tensaye B. Woldesenbet - $26.14

Serpil Yalcinkaya - $729.13

Amira N. Yata - $67.61.