UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LATRELL GILLETT, *individually and on behalf of others similarly situated*,

                Plaintiff,

-v.-

ZARA USA, INC. and INDITEX USA LLC,

                Defendants.

20 Civ. 3734 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 21, 2024, the parties filed a joint submission informing the Court that they have reached a settlement in this case. (Dkt. #141). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **April 22, 2024**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:    March 22, 2024
               New York, New York

                                                     KATHERINE POLK FAILLA
                                                     United States District Judge