

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298


Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

April 22, 2024

**VIA ECF**



Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Re:   *Gillett v. Zara USA, Inc., et al*, No. 20-cv-3734-KPF

Dear Judge Failla:

The parties write jointly pursuant to Your Honor's Individual Rule of Practice 2(C) to request a extension of time through and including May 7, 2024, for the parties to file their completed settlement agreement and joint letter regarding the fairness of the settlement agreement ("Settlement Documents").

By the Court's March 22, 2024 Order, the parties are to file the Settlement Documents today, April 22, 2024. Dkt. 142. This is the parties' first request for an extension of time regarding the Settlement Documents. Both parties consent to this request.

The reason for this request is that the parties require additional time to finalize the details of the Settlement Documents, particularly while the Passover holiday is ongoing.

The parties thank the Court for its time and consideration of this request.


Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam

littler.com

Application GRANTED.  The parties shall file the aforementioned Settlement Documents on or before **May 7, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 143.

Dated:     April 23, 2024              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE