

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

May 7, 2024

**VIA ECF**



Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Gillett v. Zara USA, Inc., et al*, No. 20-cv-3734-KPF

Dear Judge Failla:

The parties write jointly pursuant to Your Honor's Individual Rule of Practice 2(C) to request an extension of time through and including May 17, 2024, for the parties to file their completed settlement agreement and joint letter regarding the fairness of the settlement agreement (the "Settlement Documents").

By the Court's April 23, 2024 Order, the parties were to file the Settlement Documents today, May 7, 2024. Dkt. 144. The original deadline was April 22, 2024.  This is the parties' second request for an extension of time regarding the filing of the Settlement Documents. Both parties consent to this request.

The reason for this request is that the parties require additional time to finalize the details of the Settlement Documents.

The parties thank the Court for its time and consideration of this request.

Sincerely,

*/s/ Kevin K. Yam*

Kevin K. Yam

littler.com

Application GRANTED.  The parties shall file the Settlement Documents on or before **May 17, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 145.

```
Dated:     May 7, 2024                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE